**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No. **07 - 20508** CR-LENARD

*J.TORRES*

21 U.S.C. § 963
18 U.S.C. § 1956
21 U.S.C. § 853
18 U.S.C. § 982

**UNITED STATES OF AMERICA**

**vs.**

**OTTO HERRERA-GARCIA,**
　　a/k/a "Antonio Rivas,"
　　a/k/a "Toño,"
　　a/k/a "Francisco Villagran,"
　　a/k/a "Don Otto,"
　　a/k/a "Diego Leon Callejas,"
**GUILLERMO VINICIO HERRERA-GARCIA,**
　　a/k/a "Champion,"
　　a/k/a "Willie,"
**OTTO JAVIER GARCIA-GIRON,**
　　a/k/a "Xavier Otto Garcia-Giron,"
　　a/k/a "Xavier Giron,"
　　a/k/a "Xavier Garcia," and
**ORLANDO MOSQUERA,**
　　a/k/a "Mosco,"

　　　　　　　　**Defendants.**
　　　　　　　　　　　　　　　　　　　/

## INDICTMENT

The Grand Jury charges that:

## COUNT 1

Beginning in or about October 2003, and continuing until in about June 2007, the exact dates being unknown to the Grand Jury, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendants,

**OTTO HERRERA-GARCIA,**
a/k/a "Antonio Rivas,"
a/k/a "Toño,"
a/k/a "Francisco Villagran,"
a/k/a "Don Otto,"
a/k/a "Diego Leon Callejas,"
**GUILLERMO VINICIO HERRERA-GARCIA,**
a/k/a "Champion,"
a/k/a "Willie,"
**OTTO JAVIER GARCIA-GIRON,**
a/k/a "Xavier Otto Garcia-Giron,"
a/k/a "Xavier Giron,"
a/k/a "Xavier Garcia," and
**ORLANDO MOSQUERA,**
a/k/a "Mosco,"

did knowingly and intentionally combine, conspire, confederate and agree with each other and with other persons both known and unknown to the Grand Jury, to import into the United States from a place outside thereof a controlled substance, in violation of Title 21, United States Code, Section 952(a); all in violation of Title 21, United States Code, Section 963.

Pursuant to Title 21, United States Code, Section 960(b)(1)(B), it is further alleged that this violation involved five (5) kilograms or more of a mixture and substance containing a detectable amount of cocaine.

### COUNT 2

On or about January 25, 2004, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendants,

**OTTO HERRERA-GARCIA,**
a/k/a "Antonio Rivas,"
a/k/a "Toño,"
a/k/a "Francisco Villagran,"
a/k/a "Don Otto,"
a/k/a "Diego Leon Callejas,"

2

**GUILLERMO VINICIO HERRERA-GARCIA,**
a/k/a "Champion,"
a/k/a "Willie,"
**OTTO JAVIER GARCIA-GIRON,**
a/k/a "Xavier Otto Garcia-Giron,"
a/k/a "Xavier Giron,"
a/k/a "Xavier Garcia," and
**ORLANDO MOSQUERA,**
a/k/a "Mosco,"

did knowingly and intentionally attempt to import into the United States, from a place outside

thereof, a controlled substance, in violation of Title 21, United States Code, Section 963 and Title

18, United States Code, Section 2.

Pursuant to Title 21, United States Code, Section 960(b)(1)(B), it is further alleged that this

violation involved five (5) kilograms or more of a mixture and substance containing a detectable

amount of cocaine.

### COUNT 3

On or about February 3, 2006, in Miami-Dade County, in the Southern District of Florida,

and elsewhere, the defendants,

**OTTO HERRERA-GARCIA,**
a/k/a "Antonio Rivas,"
a/k/a "Toño,"
a/k/a "Francisco Villagran,"
a/k/a "Don Otto,"
a/k/a "Diego Leon Callejas,"
**GUILLERMO VINICIO HERRERA-GARCIA,**
a/k/a "Champion,"
a/k/a "Willie,"
**OTTO JAVIER GARCIA-GIRON,**
a/k/a "Xavier Otto Garcia-Giron,"
a/k/a "Xavier Giron,"
a/k/a "Xavier Garcia," and
**ORLANDO MOSQUERA,**
a/k/a "Mosco,"

3

did knowingly and intentionally attempt to import into the United States, from a place outside

thereof, a controlled substance, in violation of Title 21, United States Code, Section 963 and Title

18, United States Code, Section 2.

Pursuant to Title 21, United States Code, Section 960(b)(1)(B), it is further alleged that this

violation involved five (5) kilograms or more of a mixture and substance containing a detectable

amount of cocaine.

## COUNT 4

On or about April 30, 2007, in Miami-Dade County, in the Southern District of Florida, and

elsewhere, the defendants,

**OTTO HERRERA-GARCIA,**
**a/k/a "Antonio Rivas,"**
**a/k/a "Toño,"**
**a/k/a "Francisco Villagran,"**
**a/k/a "Don Otto,"**
**a/k/a "Diego Leon Callejas,"**
**GUILLERMO VINICIO HERRERA-GARCIA,**
**a/k/a "Champion,"**
**a/k/a "Willie,"**
**OTTO JAVIER GARCIA-GIRON,**
**a/k/a "Xavier Otto Garcia-Giron,"**
**a/k/a "Xavier Giron,"**
**a/k/a "Xavier Garcia," and**
**ORLANDO MOSQUERA,**
**a/k/a "Mosco,"**

did knowingly and intentionally attempt to import into the United States, from a place outside

thereof, a controlled substance, in violation of Title 21, United States Code, Section 963 and Title

18, United States Code, Section 2.

Pursuant to Title 21, United States Code, Section 960(b)(1)(B), it is further alleged that this

violation involved five (5) kilograms or more of a mixture and substance containing a detectable

amount of cocaine.

4

## COUNT 5

From in or about October 2003, through in or about June 2007, the exact dates being unknown to the Grand Jury, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendants,

**OTTO HERRERA-GARCIA,**
a/k/a "Antonio Rivas,"
a/k/a "Toño,"
a/k/a "Francisco Villagran,"
a/k/a "Don Otto,"
a/k/a "Diego Leon Callejas,
**GUILLERMO VINICIO HERRERA-GARCIA,**
a/k/a "Champion,"
a/k/a "Willie," and
**OTTO JAVIER GARCIA-GIRON,**
a/k/a "Xavier Otto Garcia-Giron,"
a/k/a "Xavier Giron,"
a/k/a "Xavier Garcia,"

did knowingly combine, conspire, confederate, and agree with other persons, both known and unknown to the Grand Jury, to commit certain offenses against the United States, in violation of Title 18, United States Code, Section 1956, that is:

(a) to knowingly conduct financial transactions affecting interstate and foreign commerce, which transactions involved the proceeds of specified unlawful activity, knowing that the property involved in the financial transactions represented the proceeds of some form of unlawful activity, with the intent to promote the carrying on of specified unlawful activity, in violation of Title 18, United States Code, Section 1956(a)(1)(A)(i);

(b) to knowingly conduct financial transactions affecting interstate and foreign commerce, which transactions involved the proceeds of specified unlawful activity, knowing that the property

5

involved in the financial transactions represented the proceeds of some form of unlawful activity, knowing that the transactions were designed in whole and in part to conceal and disguise the nature, location, source, ownership and control of the proceeds of specified unlawful activity, in violation of Title 18, United States Code, Section 1956(a)(1)(B)(i); and

(c) to knowingly transport, transmit and transfer a monetary instrument and funds to a place in the United States from and through a place outside the United States, with the intent to promote the carrying on of specified unlawful activity, in violation of Title 18, United States Code, Section 1956(a)(2)(A).

It is further alleged that the specified unlawful activity is the felonious importation, receiving, concealment, buying, selling, and otherwise dealing in a controlled substance, punishable under the laws of the United States.

All in violation of Title 18, United States Code, Section 1956(h).


## COUNTS 6 - 40

On or about the dates specified as to each count below, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendants,

**OTTO HERRERA-GARCIA,**
**a/k/a "Antonio Rivas,"**
**a/k/a "Toño,"**
**a/k/a "Francisco Villagran,"**
**a/k/a "Don Otto,"**
**a/k/a "Diego Leon Callejas,**
**GUILLERMO VINICIO HERRERA-GARCIA,**
**a/k/a "Champion,"**
**a/k/a "Willie," and**

6

**OTTO JAVIER GARCIA-GIRON,**
a/k/a "Xavier Otto Garcia-Giron,"
a/k/a "Xavier Giron,"
a/k/a "Xavier Garcia,"

did knowingly conduct and attempt to conduct a financial transaction affecting interstate and foreign

commerce, as described in each count below, involving the proceeds of specified unlawful activity,

    (i)  with the intent to promote the carrying on of specified unlawful activity; and

    (ii) knowing that the transaction is designed in whole and in part to conceal and disguise the

nature, location, source, ownership and control of the proceeds of specified unlawful activity:

| COUNT | APPROXIMATE DATE | DESCRIPTION OF FINANCIAL TRANSACTION |
|---|---|---|
| 6 | 10/21/2003 | A wire transfer of approximately $81,250 from an account at Casa De Cambio Puebla Reforma, SA in Mexico through Miami, Florida to an account at Bank of America in Oklahoma City, Oklahoma. |
| 7 | 10/21/2003 | A wire transfer of approximately $73,000 from an account at Casa De Cambio Puebla Reforma, SA in Mexico through Miami, Florida to an account at Bank of America in Oklahoma City, Oklahoma. |
| 8 | 10/21/2003 | A wire transfer of approximately $57,900 from an account at Casa De Cambio Puebla Reforma, SA in Mexico through Miami, Florida to an account at Bank of America in Oklahoma City, Oklahoma. |
| 9 | 10/21/2003 | A wire transfer of approximately $47,250 from an account at Casa De Cambio Puebla Reforma, SA in Mexico through Miami, Florida to an account at Bank of America in Oklahoma City, Oklahoma. |
| 10 | 10/21/2003 | A wire transfer of approximately $45,100 from an account at Casa De Cambio Puebla Reforma, SA in Mexico through Miami, Florida to an account at Bank of America in Oklahoma City, Oklahoma. |
| 11 | 10/22/2003 | A wire transfer of approximately $200,000 from an account at Casa De Cambio Puebla Reforma, SA in Mexico through Miami, Florida to an account at Bank of America in Oklahoma City, Oklahoma. |
| 12 | 10/22/2003 | A wire transfer of approximately $130,900 from an account at Casa De Cambio Puebla Reforma, SA in Mexico through Miami, Florida to an account at Bank of America in Oklahoma City, Oklahoma. |

| 13 | 10/22/2003 | A wire transfer of approximately $50,000 from an account at Casa De Cambio Puebla Reforma, SA in Mexico through Miami, Florida to an account at Bank of America in Oklahoma City, Oklahoma. |
| 14 | 10/22/2003 | A wire transfer of approximately $45,100 from an account at Casa De Cambio Puebla Reforma, SA in Mexico through Miami, Florida to an account at Bank of America in Oklahoma City, Oklahoma. |
| 15 | 10/22/2003 | A wire transfer of approximately $42,750 from an account at Casa De Cambio Puebla Reforma, SA in Mexico through Miami, Florida to an account at Bank of America in Oklahoma City, Oklahoma. |
| 16 | 10/22/2003 | A wire transfer of approximately $31,250 from an account at Casa De Cambio Puebla Reforma, SA in Mexico through Miami, Florida to an account at Bank of America in Oklahoma City, Oklahoma. |
| 17 | 10/23/2003 | A wire transfer of approximately $81,250 from an account at Casa De Cambio Puebla Reforma, SA in Mexico through Miami, Florida to an account at Bank of America in Oklahoma City, Oklahoma. |
| 18 | 10/23/2003 | A wire transfer of approximately $73,000 from an account at Casa De Cambio Puebla Reforma, SA in Mexico through Miami, Florida to an account at Bank of America in Oklahoma City, Oklahoma. |
| 19 | 10/23/2003 | A wire transfer of approximately $57,900 from an account at Casa De Cambio Puebla Reforma, SA in Mexico through Miami, Florida to an account at Bank of America in Oklahoma City, Oklahoma. |
| 20 | 10/23/2003 | A wire transfer of approximately $47,250 from an account at Casa De Cambio Puebla Reforma, SA in Mexico through Miami, Florida to an account at Bank of America in Oklahoma City, Oklahoma. |
| 21 | 10/23/2003 | A wire transfer of approximately $45,100 from an account at Casa De Cambio Puebla Reforma, SA in Mexico through Miami, Florida to an account at Bank of America in Oklahoma City, Oklahoma. |
| 22 | 10/24/2003 | A wire transfer of approximately $38,605 from an account at Nafin Sn C. Fid Fdo De FOM in Mexico through Miami, Florida to an account at Bank of America in Oklahoma City, Oklahoma. |
| 23 | 10/24/2003 | A wire transfer of approximately $23,344 from an account at Fondo De Fomento Asesoria in Mexico through Miami, Florida to an account at Bank of America in Oklahoma City, Oklahoma. |
| 24 | 10/27/2003 | A wire transfer of approximately $36,612 from an account at Euaro Finanzas SA De Cv in Mexico through Miami, Florida to an account at Bank of America in Oklahoma City, Oklahoma. |

| 25 | 10/29/2003 | A wire transfer of approximately $91,000 from an account at Casa De Cambio Plus, SA in Mexico through Miami, Florida to an account at Bank of America in Oklahoma City, Oklahoma. |
| 26 | 06/06/2006 | A wire transfer of approximately $129,980 from an account at HSBC Mexico SA / HSBC Bank USA in Mexico through Miami, Florida to an account at Bank of America in Oklahoma City, Oklahoma. |
| 27 | 06/07/2006 | A wire transfer of approximately $99,980 from an account at HSBC Mexico SA / HSBC Bank USA in Mexico through Miami, Florida to an account at Bank of America in Oklahoma City, Oklahoma. |
| 28 | 06/13/2006 | A wire transfer of approximately $99,980 from an account at HSBC Mexico SA / HSBC Bank USA in Mexico through Miami, Florida to an account at Bank of America in Oklahoma City, Oklahoma. |
| 29 | 06/16/2006 | A wire transfer of approximately $35,000 from an account at Casa De Cambio Intercam in Mexico through Miami, Florida to an account at Bank of America in Oklahoma City, Oklahoma. |
| 30 | 06/20/2006 | A wire transfer of approximately $105,000 from an account at Casa De Cambio Intercam in Mexico through Miami, Florida to an account at Bank of America in Oklahoma City, Oklahoma. |
| 31 | 06/20/2006 | A wire transfer of approximately $40,000 from an account at Casa De Cambio Intercam in Mexico through Miami, Florida to an account at Bank of America in Oklahoma City, Oklahoma. |
| 32 | 06/20/2006 | A wire transfer of approximately $80,000 from an account at Casa De Cambio Intercam in Mexico through Miami, Florida to an account at Bank of America in Oklahoma City, Oklahoma. |
| 33 | 06/20/2006 | A wire transfer of approximately $125,000 from an account at Casa De Cambio Intercam in Mexico through Miami, Florida to an account at Bank of America in Oklahoma City, Oklahoma. |
| 34 | 06/20/2006 | A wire transfer of approximately $139,980 from an account at HSBC Mexico SA / HSBC Bank USA in Mexico through Miami, Florida to an account at Bank of America in Oklahoma City, Oklahoma. |
| 35 | 6/21/2006 | A wire transfer of approximately $65,000 from an account at Casa De Cambio Intercam in Mexico through Miami, Florida to an account at Bank of America in Oklahoma City, Oklahoma. |

| 36 | 06/21/2006 | A wire transfer of approximately $85,000 from an account at Casa De Cambio Intercam in Mexico through Miami, Florida to an account at Bank of America in Oklahoma City, Oklahoma. |
| 37 | 06/21/2006 | A wire transfer of approximately $63,000 from an account at Casa De Cambio Intercam in Mexico through Miami, Florida to an account at Bank of America in Oklahoma City, Oklahoma. |
| 38 | 06/21/2006 | A wire transfer of approximately $127,000 from an account at Casa De Cambio Intercam in Mexico through Miami, Florida to an account at Bank of America in Oklahoma City, Oklahoma. |
| 39 | 06/21/2006 | A wire transfer of approximately $99,980 from an account at HSBC Mexico SA / HSBC Bank USA in Mexico through Miami, Florida to an account at Bank of America in Oklahoma City, Oklahoma. |
| 40 | 06/22/2006 | A wire transfer of approximately $144,980 from an account at HSBC Mexico SA / HSBC Bank USA in Mexico through Miami, Florida to an account at Bank of America in Oklahoma City, Oklahoma. |

It is further alleged that the specified unlawful activity is the felonious importation, receiving, concealment, buying, selling, and otherwise dealing in a controlled substance, punishable under the laws of the United States.

In violation of Title 18, United States Code, Sections 1956(a)(1)(A)(i), 1956(a)(1)(B)(i) and 2.

## COUNTS 41 - 48

On or about the dates specified as to each count below, the defendant,

**OTTO HERRERA-GARCIA,**
**a/k/a "Antonio Rivas,"**
**a/k/a "Toño,"**
**a/k/a "Francisco Villagran,"**
**a/k/a "Don Otto,"**
**a/k/a "Diego Leon Callejas,**

did knowingly conduct and attempt to conduct a financial transaction affecting interstate and foreign

10

commerce, as described in each count below, involving the proceeds of specified unlawful activity,

(i)  with the intent to promote the carrying on of specified unlawful activity; and

(ii)  knowing that the transaction is designed in whole and in part to conceal and disguise the

nature, location, source, ownership and control of the proceeds of specified unlawful activity:

| COUNT | APPROXIMATE DATE | DESCRIPTION OF FINANCIAL TRANSACTION |
|-------|------------------|--------------------------------------|
| 41 | 04/03/2007 | Wire transfer of approximately $100,000 from the bank account of Construcciones Cibeles SA de CV in Mexico to the bank account of Advanced Aviation Sales, Inc. in Naples, Florida. |
| 42 | 04/11/2007 | Wire transfer of approximately $101,000 from the bank account of B.O. Conservacion y Servicios Industriales SA de CV in Mexico to the bank account of Advanced Aviation Sales, Inc. In Naples, Florida. |
| 43 | 04/12/2007 | Wire transfer of approximately $101,000 from the bank account of B.O. Conservacion y Servicios Industriales SA de CV in Mexico to the bank account of Advanced Aviation Sales, Inc. in Naples, Florida. |
| 44 | 04/16/2007 | Wire transfer of approximately $124,000 from the bank account of Ferre Martin SA de CV in Mexico to the bank account of Advanced Aviation Sales, Inc. in Naples, Florida. |
| 45 | 04/17/2007 | Wire transfer of approximately $30,000 from the bank account of B.O. Conservacion y Servicios Industriales SA de CV in Mexico to the bank account of Advanced Aviation Sales, Inc. in Naples, Florida. |
| 46 | 04/17/2007 | Wire transfer of approximately $40,000 from the bank account of B.O. Conservacion y Servicios Industriales SA de CV in Mexico to the bank account of Advanced Aviation Sales, Inc. in Naples, Florida. |
| 47 | 04/17/2007 | Wire transfer of approximately $45,000 from the bank account of B.O. Conservacion y Servicios Industriales SA de CV in Mexico to the bank account of Advanced Aviation Sales, Inc. in Naples, Florida. |
| 48 | 04/19/2007 | Wire transfer of approximately $59,000 from the bank account of B.O. Conservacion y Servicios Industriales SA de CV in Mexico to the bank account of Advanced Aviation Sales, Inc. in Naples, Florida. |

It is further alleged that the specified unlawful activity is the felonious importation, receiving, concealment, buying, selling, and otherwise dealing in a controlled substance, punishable under the laws of the United States.

In violation of Title 18, United States Code, Sections 1956(a)(1)(A)(i), 1956(a)(1)(B)(i) and 2.

## COUNTS 49 - 83

On or about the dates specified as to each count below, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendants,

**OTTO HERRERA-GARCIA,**
**a/k/a "Antonio Rivas,"**
**a/k/a "Toño,"**
**a/k/a "Francisco Villagran,"**
**a/k/a "Don Otto,"**
**a/k/a "Diego Leon Callejas,**
**GUILLERMO VINICIO HERRERA-GARCIA,**
**a/k/a "Champion,"**
**a/k/a "Willie," and**
**OTTO JAVIER GARCIA-GIRON,**
**a/k/a "Xavier Otto Garcia-Giron,"**
**a/k/a "Xavier Giron,"**
**a/k/a "Xavier Garcia,"**

as described in each count below, did knowingly transport, transmit, and transfer a monetary instrument and funds to a place in the United States from a place outside of the United States with the intent to promote the carrying on of specified unlawful activity:

| COUNT | APPROXIMATE DATE | DESCRIPTION OF FINANCIAL TRANSACTION |
|-------|------------------|--------------------------------------|
| 49 | 10/21/2003 | A wire transfer of approximately $81,250 from an account at Casa De Cambio Puebla Reforma, SA in Mexico through Miami, Florida to an account at Bank of America in Oklahoma City, Oklahoma. |
| 50 | 10/21/2003 | A wire transfer of approximately $73,000 from an account at Casa De Cambio Puebla Reforma, SA in Mexico through Miami, Florida to an account at Bank of America in Oklahoma City, Oklahoma. |
| 51 | 10/21/2003 | A wire transfer of approximately $57,900 from an account at Casa De Cambio Puebla Reforma, SA in Mexico through Miami, Florida to an account at Bank of America in Oklahoma City, Oklahoma. |
| 52 | 10/21/2003 | A wire transfer of approximately $47,250 from an account at Casa De Cambio Puebla Reforma, SA in Mexico through Miami, Florida to an account at Bank of America in Oklahoma City, Oklahoma. |
| 53 | 10/21/2003 | A wire transfer of approximately $45,100 from an account at Casa De Cambio Puebla Reforma, SA in Mexico through Miami, Florida to an account at Bank of America in Oklahoma City, Oklahoma. |
| 54 | 10/22/2003 | A wire transfer of approximately $200,000 from an account at Casa De Cambio Puebla Reforma, SA in Mexico through Miami, Florida to an account at Bank of America in Oklahoma City, Oklahoma. |
| 55 | 10/22/2003 | A wire transfer of approximately $130,900 from an account at Casa De Cambio Puebla Reforma, SA in Mexico through Miami, Florida to an account at Bank of America in Oklahoma City, Oklahoma. |
| 56 | 10/22/2003 | A wire transfer of approximately $50,000 from an account at Casa De Cambio Puebla Reforma, SA in Mexico through Miami, Florida to an account at Bank of America in Oklahoma City, Oklahoma. |
| 57 | 10/22/2003 | A wire transfer of approximately $45,100 from an account at Casa De Cambio Puebla Reforma, SA in Mexico through Miami, Florida to an account at Bank of America in Oklahoma City, Oklahoma. |
| 58 | 10/22/2003 | A wire transfer of approximately $42,750 from an account at Casa De Cambio Puebla Reforma, SA in Mexico through Miami, Florida to an account at Bank of America in Oklahoma City, Oklahoma. |
| 59 | 10/22/2003 | A wire transfer of approximately $31,250 from an account at Casa De Cambio Puebla Reforma, SA in Mexico through Miami, Florida to an account at Bank of America in Oklahoma City, Oklahoma. |

| 60 | 10/23/2003 | A wire transfer of approximately $81,250 from an account at Casa De Cambio Puebla Reforma, SA in Mexico through Miami, Florida to an account at Bank of America in Oklahoma City, Oklahoma. |
|---|---|---|
| 61 | 10/23/2003 | A wire transfer of approximately $73,000 from an account at Casa De Cambio Puebla Reforma, SA in Mexico through Miami, Florida to an account at Bank of America in Oklahoma City, Oklahoma. |
| 62 | 10/23/2003 | A wire transfer of approximately $57,900 from an account at Casa De Cambio Puebla Reforma, SA in Mexico through Miami, Florida to an account at Bank of America in Oklahoma City, Oklahoma. |
| 63 | 10/23/2003 | A wire transfer of approximately $47,250 from an account at Casa De Cambio Puebla Reforma, SA in Mexico through Miami, Florida to an account at Bank of America in Oklahoma City, Oklahoma. |
| 64 | 10/23/2003 | A wire transfer of approximately $45,100 from an account at Casa De Cambio Puebla Reforma, SA in Mexico through Miami, Florida to an account at Bank of America in Oklahoma City, Oklahoma. |
| 65 | 10/24/2003 | A wire transfer of approximately $38,605 from an account at Nafin Sn C. Fid Fdo De FOM in Mexico through Miami, Florida to an account at Bank of America in Oklahoma City, Oklahoma. |
| 66 | 10/24/2003 | A wire transfer of approximately $23,344 from an account at Fondo De Fomento Asesoria in Mexico through Miami, Florida to an account at Bank of America in Oklahoma City, Oklahoma. |
| 67 | 10/27/2003 | A wire transfer of approximately $36,612 from an account at Euaro Finanzas SA De Cv in Mexico through Miami, Florida to an account at Bank of America in Oklahoma City, Oklahoma. |
| 68 | 10/29/2003 | A wire transfer of approximately $91,000 from an account at Casa De Cambio Plus, SA in Mexico through Miami, Florida to an account at Bank of America in Oklahoma City, Oklahoma. |
| 69 | 06/06/2006 | A wire transfer of approximately $129,980 from an account at HSBC Mexico SA / HSBC Bank USA in Mexico through Miami, Florida to an account at Bank of America in Oklahoma City, Oklahoma. |
| 70 | 06/07/2006 | A wire transfer of approximately $99,980 from an account at HSBC Mexico SA / HSBC Bank USA in Mexico through Miami, Florida to an account at Bank of America in Oklahoma City, Oklahoma. |

| 71 | 06/13/2006 | A wire transfer of approximately $99,980 from an account at HSBC Mexico SA / HSBC Bank USA in Mexico through Miami, Florida to an account at Bank of America in Oklahoma City, Oklahoma. |
|----|-----------|-----|
| 72 | 06/16/2006 | A wire transfer of approximately $35,000 from an account at Casa De Cambio Intercam in Mexico through Miami, Florida to an account at Bank of America in Oklahoma City, Oklahoma. |
| 73 | 06/20/2006 | A wire transfer of approximately $105,000 from an account at Casa De Cambio Intercam in Mexico through Miami, Florida to an account at Bank of America in Oklahoma City, Oklahoma. |
| 74 | 06/20/2006 | A wire transfer of approximately $40,000 from an account at Casa De Cambio Intercam in Mexico through Miami, Florida to an account at Bank of America in Oklahoma City, Oklahoma. |
| 75 | 06/20/2006 | A wire transfer of approximately $80,000 from an account at Casa De Cambio Intercam in Mexico through Miami, Florida to an account at Bank of America in Oklahoma City, Oklahoma. |
| 76 | 06/20/2006 | A wire transfer of approximately $125,000 from an account at Casa De Cambio Intercam in Mexico through Miami, Florida to an account at Bank of America in Oklahoma City, Oklahoma. |
| 77 | 06/20/2006 | A wire transfer of approximately $139,980 from an account at HSBC Mexico SA / HSBC Bank USA in Mexico through Miami, Florida to an account at Bank of America in Oklahoma City, Oklahoma. |
| 78 | 6/21/2006 | A wire transfer of approximately $65,000 from an account at Casa De Cambio Intercam in Mexico through Miami, Florida to an account at Bank of America in Oklahoma City, Oklahoma. |
| 79 | 06/21/2006 | A wire transfer of approximately $85,000 from an account at Casa De Cambio Intercam in Mexico through Miami, Florida to an account at Bank of America in Oklahoma City, Oklahoma. |
| 80 | 06/21/2006 | A wire transfer of approximately $63,000 from an account at Casa De Cambio Intercam in Mexico through Miami, Florida to an account at Bank of America in Oklahoma City, Oklahoma. |
| 81 | 06/21/2006 | A wire transfer of approximately $127,000 from an account at Casa De Cambio Intercam in Mexico through Miami, Florida to an account at Bank of America in Oklahoma City, Oklahoma. |

| 82 | 06/21/2006 | A wire transfer of approximately $99,980 from an account at HSBC Mexico SA / HSBC Bank USA in Mexico through Miami, Florida to an account at Bank of America in Oklahoma City, Oklahoma. |
| 83 | 06/22/2006 | A wire transfer of approximately $144,980 from an account at Casa De Cambio Puebla Reforma, SA in Mexico through Miami, Florida to an account at Bank of America in Oklahoma City, Oklahoma. |

It is further alleged that the specified unlawful activity is the felonious importation, receiving, concealment, buying, selling, and otherwise dealing in a controlled substance, punishable under the laws of the United States.

In violation of Title 18, United States Code, Sections 1956(a)(2)(A) and 2.

## COUNTS 84 - 91

On or about the dates specified as to each count below, the defendant,

**OTTO HERRERA-GARCIA,**
**a/k/a "Antonio Rivas,"**
**a/k/a "Toño,"**
**a/k/a "Francisco Villagran,"**
**a/k/a "Don Otto,"**
**a/k/a "Diego Leon Callejas,**

as described in each count below, did knowingly transport, transmit, and transfer a monetary instrument and funds to a place in the United States from a place outside of the United States with the intent to promote the carrying on of specified unlawful activity:

16

| COUNT | APPROXIMATE DATE | DESCRIPTION OF FINANCIAL TRANSACTION |
|-------|-----------------|--------------------------------------|
| 84 | 04/03/2007 | Wire transfer of approximately $100,000 from the bank account of Construcciones Cibeles SA de CV in Mexico to the bank account of Advanced Aviation Sales, Inc. in Naples, Florida. |
| 85 | 04/11/2007 | Wire transfer of approximately $101,000 from the bank account of B.O. Conservacion y Servicios Industriales SA de CV in Mexico to the bank account of Advanced Aviation Sales, Inc. in Naples, Florida. |
| 86 | 04/12/2007 | Wire transfer of approximately $101,000 from B.O. Conservacion y Servicios Industriales SA de CV in Mexico to the bank account of Advanced Aviation Sales, Inc. in Naples, Florida. |
| 87 | 04/16/2007 | Wire transfer of approximately $124,000 from the bank account of Ferre Martin SA de CV in Mexico to to the bank account of Advanced Aviation Sales, Inc. in Naples, Florida. |
| 88 | 04/17/2007 | Wire transfer of approximately $30,000 from the bank account of B.O. Conservacion y Servicios Industriales SA de CV in Mexico to the bank account of Advanced Aviation Sales, Inc. in Naples, Florida. |
| 89 | 04/17/2007 | Wire transfer of approximately $40,000 from the bank account of B.O. Conservacion y Servicios Industriales SA de CV in Mexico to the bank account of Advanced Aviation Sales, Inc. in Naples, Florida. |
| 90 | 04/17/2007 | Wire transfer of approximately $45,000 from the bank account of B.O. Conservacion y Servicios Industriales SA de CV in Mexico to the bank account of Advanced Aviation Sales, Inc. in Naples, Florida. |
| 91 | 04/19/2007 | Wire transfer of approximately $59,000 from the bank account of B.O. Conservacion y Servicios Industriales SA de CV in Mexico to the bank account of Advanced Aviation Sales, Inc. in Naples, Florida. |

It is further alleged that the specified unlawful activity is the felonious importation, receiving, concealment, buying, selling, and otherwise dealing in a controlled substance, punishable under the laws of the United States.

In violation of Title 18, United States Code, Sections 1956(a)(2)(A) and 2.

17

## ASSET FORFEITURE ALLEGATIONS

1.    The allegations of Counts 1 through 91 of this Indictment are re-alleged and incorporated herein for the purpose of alleging forfeiture to the United States of America of property in which the defendants have an interest.

2.    Upon conviction of any violation of Title 21, United States Code, Section 963, the defendants shall forfeit to the United States any property constituting or derived from any proceeds obtained, directly or indirectly, as the result of such violations, and any property which the defendants used or intended to be used in any manner or part to commit or to facilitate the commission of such violations, pursuant to Title 21, United States Code, Section 853(a)(1) and (2).

3.    Upon conviction of any violation of Title 18, United States Code, Section 1956, the defendants shall forfeit to the United States any property, real or personal, involved in such offense, or any property traceable to such property, pursuant to Title 18, United States Code, Section 982(a)(1).

4.    The property subject to forfeiture includes, but is not limited to, a 1979 Fairchild Merlin-III aircraft with United States registration number N76CC.

5.    Pursuant to Title 21 United States Code, Section 853(p), as incorporated by reference by Title 18, United States Code, Section 982(b), if any of the forfeitable property, or any portion thereof, as a result of any act or omission of any defendant:

> (A)    cannot be located upon the exercise of due diligence;
>
> (B)    has been transferred, or sold to, or deposited with a third party;
>
> (C)    has been placed beyond the jurisdiction of the Court;
>
> (D)    has been substantially diminished in value; or

18

(E)    has been commingled with other property which cannot be subdivided

without difficulty;

it is the intent of the United States to seek the forfeiture of other property of the defendants up to the

value of the above-described forfeitable property.

All pursuant to Title 21, United States Code, Section 853(a)(1) and (2) and Title 18, United

States Code, Section 982(a)(1).

A TRUE BILL

R. ALEXANDER ACOSTA
UNITED STATES ATTORNEY

ANDREA G. HOFFMAN
ASSISTANT UNITED STATES ATTORNEY

LYNN M. KIRKPATRICK
ASSISTANT UNITED STATES ATTORNEY

19

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

vs.

OTTO HERRERA-GARCIA, et al.

_____ Defendants.   /

CASE NO. _____

CERTIFICATE OF TRIAL ATTORNEY*

**Superseding Case Information:**

New Defendant(s)     Yes ____     No ____
Number of New Defendants ____
Total number of counts ____

**Court Division:** (Select One)

__X__ Miami     _____ Key West
_____ FTL       _____ WPB _____ FTP

I do hereby certify that:

1.  I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2.  I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3.  Interpreter:   (Yes or No)         YES

    List language and/or dialect   SPANISH

4.  This case will take    10    days for the parties to try.

5.  Please check appropriate category and type of offense listed below:

    (Check only one)
    I    0 to 5 days        _____
    II   6 to 10 days       __X__
    III  11 to 20 days      _____
    IV   21 to 60 days      _____
    V    61 days and over   _____

    (Check only one)
    Petty    _____
    Minor    _____
    Misdem.  _____
    Felony   __X__

6.  Has this case been previously filed in this District Court?  (Yes or No)     NO
    If yes:
    Judge: _____    Case No. _____
    (Attach copy of dispositive order)
    Has a complaint been filed in this matter?   (Yes or No)  NO
    If yes:
    Magistrate Case No. _____
    Related Miscellaneous numbers: _____
    Defendant(s) in federal custody as of _____
    Defendant(s) in state custody as of _____
    Rule 20 from the _____   District of _____

    Is this a potential death penalty case? (Yes or No)    NO

7.  Does this case originate from a matter pending in the U.S. Attorney's Office prior to April 1, 2003? ___ Yes _X_ No

8.  Does this case originate from a matter pending in the U. S. Attorney's Office prior to April 1, 1999? ___ Yes _X_ No
    If yes, was it pending in the Central Region? ___ Yes ___ No

9.  Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to October 14, 2003? _____ Yes _X_ No

10. Does this case originate from a matter pending in the Narcotics Section (Miami) prior to May 18, 2003 ? _____ Yes _X_ No

ANDREA G. HOFFMAN
ASSISTANT UNITED STATES ATTORNEY
COURT NO: A5500885

Penalty Sheet(s) attached                                    REV.1/14/04

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### PENALTY SHEET

**Defendant's Name:** **OTTO HERRERA-GARCIA,  a/k/a**
**"Antonio Rivas," "Toño," "Francisco Villagran," "Don Otto"**
**and "Diego Leon Callejas"**

**Case No:**_____

Count  #: 1

    Conspiracy to import cocaine.

    Title 21, United States Code, Section 963

**\* Max.Penalty**:    Life Imprisonment

Counts  #: 2-4

    Attempted importation of cocaine.

    Title 21, United States Code, Section 963

**\* Max.Penalty**:    Life Imprisonment

Count  #: 5

    Conspiracy to launder money.

    Title 18, United States Code, Section 1956(h)

**\* Max.Penalty**:    20 Years' Imprisonment

Counts  #: 6-48

    Money Laundering.

    Title 18, United States Code, Section 1956(a)(1)

**\* Max.Penalty**:    20 Years' Imprisonment

**Defendant's Name:**  **OTTO HERRERA-GARCIA,  a/k/a**
**"Antonio Rivas," "Toño," "Francisco Villagran," "Don Otto"**
**and "Diego Leon Callejas"**

**Case No:**

Counts #: 49-91

Money Laundering.

Title 18, United States Code, Section 1956(a)(2)(A)

**\* Max. Penalty:**      20 Years' Imprisonment

**\*Refers only to possible term of incarceration, does not include possible fines, restitution,
special assessments, parole terms, or forfeitures that may be applicable.**

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### <u>PENALTY SHEET</u>

**Defendant's Name:** <u>OTTO JAVIER GARCIA-GIRON, a/k/a</u>
<u>"Xavier Otto Garcia-Giron, "Xavier Giron" and "Xavier Garcia"</u>

**Case No:**_____

Count  #: 1

_____Conspiracy to import cocaine._____

_____Title 21, United States Code, Section 963_____

**\* Max.Penalty:**_____Life Imprisonment_____

Counts  #: 2-4

_____Attempted importation of cocaine._____

_____Title 21, United States Code, Section 963_____

**\* Max.Penalty:**_____Life Imprisonment_____

Count  #: 5

_____Conspiracy to launder money._____

_____Title 18, United States Code, Section 1956(h)_____

**\* Max.Penalty:**_____20 Years' Imprisonment_____

Counts  #: 6-40

_____Money Laundering._____

_____Title 18, United States Code, Section 1956(a)(1)_____

**\* Max.Penalty:**_____20 Years' Imprisonment_____

**Defendant's Name:**  **OTTO JAVIER GARCIA-GIRON, a/k/a**
                      **"Xavier Otto Garcia-Giron," "Xavier Giron" and "Xavier Garcia"**

**Case No:**_____

Counts #: 49-83

_____ Money Laundering._____

_____ Title 18, United States Code, Section 1956(a)(2)(A)_____

**\* Max.Penalty**:        20 Years' Imprisonment_____

**\*Refers only to possible term of incarceration, does not include possible fines, restitution,
special assessments, parole terms, or forfeitures that may be applicable.**

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### PENALTY SHEET

**Defendant's Name**: **GUILLERMO VINICIO HERRERA-GARCIA, a/k/a "Champion" and "Willie"**

**Case No:**_____

Count #: 1

Conspiracy to import cocaine.

Title 21, United States Code, Section 963

**\* Max.Penalty**:    Life Imprisonment

Counts #: 2-4

Attempted importation of cocaine.

Title 21, United States Code, Section 963

**\* Max.Penalty**:    Life Imprisonment

Count #: 5

Conspiracy to launder money.

Title 18, United States Code, Section 1956(h)

**\* Max.Penalty**:    20 Years' Imprisonment

Counts #: 6-40

Money Laundering.

Title 18, United States Code, Section 1956(a)(1)

**\* Max.Penalty**:    20 Years' Imprisonment

**Defendant's Name**: **GUILLERMO VINICIO HERRERA-GARCIA, a/k/a**
                     **"Champion" and "Willie"**

**Case No:**_____

Counts #: 49-83

_____Money Laundering._____

_____Title 18, United States Code, Section 1956(a)(2)(A)_____

**\* Max.Penalty**:      20 Years' Imprisonment_____

**\*Refers only to possible term of incarceration, does not include possible fines, restitution,
special assessments, parole terms, or forfeitures that may be applicable.**

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### PENALTY SHEET

**Defendant's Name:** **ORLANDO MOSQUERA, a/k/a "Mosco"**

**Case No:**_____

Count #: 1

Conspiracy to import cocaine.

Title 21, United States Code, Section 963

**\* Max.Penalty**:    Life Imprisonment

Counts #: 2-4

Attempted importation of cocaine.

Title 21, United States Code, Section 963

**\* Max.Penalty**:    Life Imprisonment

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**